IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | James-Taylor, Joyce A | Case Number: 07 B 17409 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 10/29/08 | Filed: 9/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 18, 2008
Confirmed: December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,500.00 | |
| Secured: | | 867.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 546.00 |
| Trustee Fee: | | 86.50 |
| Other Funds: | | 0.00 |
| Totals: | 1,500.00 | 1,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 546.00 |
| 2. | Santander Consumer USA | Secured | 12,556.99 | 867.50 |
| 3. | Internal Revenue Service | Priority | 2,417.00 | 0.00 |
| 4. | Santander Consumer USA | Unsecured | 126.29 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 49.63 | 0.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 1,085.66 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 112.15 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 511.18 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 101.96 | 0.00 |
| 10. | Advocate Health Care | Unsecured | | No Claim Filed |
| 11. | Alliance One | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | Check N Go | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | Keynote Consuling | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 18. | I C Systems Inc | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Lou Harris | Unsecured | | No Claim Filed |
| 21. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 22. | AFNI | Unsecured | | No Claim Filed |
| 23. | Payday Loan | Unsecured | | No Claim Filed |
| 24. | Illinois Secretary Of State | Unsecured | | No Claim Filed |
| 25. | Northland Group Inc | Unsecured | | No Claim Filed |
| 26. | Resurecction Health Care | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: James-Taylor, Joyce A

Printed: 10/29/08

Case Number: 07 B 17409
Judge: Hollis, Pamela S
Filed: 9/24/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Wheels Of Chicago | Unsecured | | No Claim Filed |
| 28. Internal Revenue Service | Unsecured | | No Claim Filed |
| 29. Superior Asset Management | Unsecured | | No Claim Filed |
| | | $ 20,453.86 | $ 1,413.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 54.00 |
| 6.5% | 32.50 |
| | $ 86.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

